tiorari to the Circuit Court of Appeals for the Seventh Circuit is granted, limited to the question presented upon the petition for rehearing. *Messrs. E. F. Colladay* and *William A. McClellan* for petitioner.

No. 655. BOYNTON, ATTORNEY GENERAL, *v.* HUTCHINSON GAS CO. February 19, 1934. Petition for writ of certiorari to the Supreme Court of Kansas granted. *Messrs. Roland Boynton, John G. Egan,* and *Arthur V. Roberts* for petitioner. *Messrs. Robert D. Garver* and *Robert Stone* for respondent.

Nos. 727 and 728. SPRING CITY FOUNDRY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. March 5, 1934. The petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit is granted limited to the question whether a debt ascertained to be partially worthless in 1920 was deductible in that year under either § 234 (a) (4) or § 234 (a) (5) and to the question whether the debt was returnable as taxable income in that year to the extent that it was then ascertained to be worthless. *Messrs. Edgar L. Wood* and *Richard H. Tyrrell* for petitioner. *Solicitor General Biggs* for respondent.

No. 742. SMITH *v.* UNITED STATES. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. James J. Crossley* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee, Randolph C. Shaw,* and *W. Marvin Smith* for the United States.